**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| In Re:<br>Zachary Tyler Weir<br>Jennifer Wagner Weir<br>SSN# : XXX-XX-7360<br>SSN# : XXX-XX-5177 | Case No. 15-50768<br><br>Chapter 13 |

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**COMPLETED**

This Case was
Commenced on 11/16/2015

The Plan was
Confirmed on 3/8/2016

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS: Amounts paid to Trustee by or for the Debtors for the benefit of Creditors: $104,430.38

Plan Base = $101,152.24

**CLAIMS AND DISTRIBUTIONS TO DATE**

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 6,983.95 | 6,983.95 | |
| 0 | | Zachary Tyler Weir | DEBTOR REFUND | 0.00 | 0.00 | 0.00 |
| 0 | | Danielle J Brudi | PRIOR ATTORNEY | 0.00 | 0.00 | 0.00 |
| 0 | | Melissa Stewart Groff | ATTORNEY FEE | 0.00 | 0.00 | 0.00 |
| 0 | | Zachary Tyler Weir | DEBTOR REFUND | 3,278.14 | 3,278.14 | 0.00 |
| 54 | 7 | Navient Solutions Inc | A-Administrative Costs | 9,493.06 | 286.37 | 0.00 |
| 55 | 8 | Navient Solutions Inc | A-Administrative Costs | 12,279.01 | 370.41 | 0.00 |
| 78 | 16 | Younomics | A-Administrative Costs | 23,693.43 | 714.73 | 0.00 |
| 79 | 4 | Novant Health Presbyterian Hospital | A-Administrative Costs | 587.38 | 23.88 | 0.00 |
| 1 | | Danielle J Brudi | B-Base Attorney Fee(s) | 2,785.00 | 2,785.00 | 0.00 |
| 2 | | Danielle J Brudi | B-Base Attorney Fee(s) | 0.00 | 0.00 | 0.00 |
| 4 | 1 | Hyundai Motor Finance Company | C-Car (910) | 16,652.96 | 16,652.96 | 2,355.23 |
| 81 | | Melissa Stewart Groff | L-Legal Fees | 521.10 | 521.10 | 0.00 |
| 82 | | Melissa Stewart Groff | L-Legal Fees | 495.88 | 495.88 | 0.00 |
| 83 | | Melissa Stewart Groff | L-Legal Fees | 495.88 | 495.88 | 0.00 |
| 84 | | Melissa Stewart Groff | L-Legal Fees | 450.00 | 450.00 | 0.00 |
| 85 | | Melissa Stewart Groff | L-Legal Fees | 200.00 | 200.00 | 0.00 |
| 5 | 19 | US Bank National Association | M-Mortgage | 0.00 | 52,260.36 | 0.00 |
| 6 | 19 | US Bank National Association | N-Mortgage/Lease Arrears | 3,083.42 | 3,083.42 | 0.00 |
| 44 | 3 | IREDELL COUNTY TAX COLLECTOR | P-Priority | 31.53 | 31.53 | 10.48 |
| 3 | 12 | CARMAX FUNDING SERVICES LLC | S-Secured-Pro-Rata | 10,162.23 | 10,162.23 | 893.16 |
| 56 | 14 | Navient Solutions, LLC on behalf of | U-Unsecured | 30,434.21 | 99.39 | 0.00 |
| 57 | 15 | Navient Solutions, LLC on behalf of | U-Unsecured | 12,304.24 | 1,255.28 | 0.00 |
| 46 | | Jared the Galleria of Jewelry | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 47 | | JPM Chase | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 48 | | JPM Chase | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 49 | | JPM Chase | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 50 | | Kay Jewelers | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 51 | | KOHLS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 52 | | KOHLS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 53 | | MRU Holdings Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 59 | | Nelnet Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 60 | | Nelnet Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 61 | | RMB Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 62 | | Smart Tuition | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 63 | 6 | State Employees Credit Union | U-Unsecured | 2,983.32 | 304.36 | 0.00 |

Case No.  15-50768  Weir

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---:|---:|---:|
| TTE |  | TRUSTEE COMPENSATION |  | 6,983.95 | 6,983.95 |  |
| 64 |  | STATE EMPLOYEES CREDIT UNION | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 65 |  | Synchrony | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 66 | 11 | Synchrony Bank | U-Unsecured | 2,380.88 | 242.91 | 0.00 |
| 67 |  | Synchrony Bank/Care Credit | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 68 | 18 | Synchrony Bank | U-Unsecured | 3,973.86 | 405.41 | 0.00 |
| 69 |  | Synchrony Bank/Old Navy | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 70 |  | Target National Bank | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 71 | 5 | TD Bank USA NA | U-Unsecured | 578.90 | 0.00 | 0.00 |
| 72 |  | Target National Bank | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 73 |  | Target National Bank | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 74 |  | Credit Union Loan Source LLC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 75 |  | University Accounting Service LLC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 76 |  | US Dept of Education | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 77 |  | US Dept of Ed/GSL/ATL | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 7 |  | ALLEGACY FEDERAL CREDIT UNION | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 8 |  | Bank of America | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 9 |  | Bank of America | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 10 | 9 | Cerastes LLC | U-Unsecured | 1,762.73 | 5.76 | 0.00 |
| 11 |  | Capital One/Bestbuy | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 12 |  | Capital One/Bestbuy | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 13 |  | CHASE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 14 |  | CHASE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 15 |  | CHASE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 16 |  | CHASE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 17 |  | CHASE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 18 |  | CHASE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 19 |  | Chase Student Loans | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 21 |  | Citi Card | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 22 |  | Citi Card | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 23 |  | Citi Card | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 24 |  | Citi Card | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 25 |  | Citi Card | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 26 |  | Citi Card | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 27 |  | CITIBANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 28 |  | CITIBANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 29 |  | College Foundation Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 30 |  | College Foundation Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 31 |  | College Foundation Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 32 |  | College Foundation Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 33 |  | College Foundation Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 34 |  | College Foundation Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 35 |  | College Foundation Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 36 |  | Comenity Bank | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 37 |  | Comenity Bank | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 38 | 13 | American InfoSource LP as agent for | U-Unsecured | 174.54 | 0.00 | 0.00 |
| 39 | 2 | DISCOVER BANK | U-Unsecured | 2,192.03 | 7.16 | 0.00 |
| 40 |  | Edc/Hhhunt Properties | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 41 | 17 | FIRST BANK | U-Unsecured | 46.75 | 0.00 | 0.00 |
| 80 | 10 | Midland Funding LLC | U-Unsecured | 543.06 | 55.40 | 0.00 |
| 43 |  | Iredell County Clerk Ct | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 45 |  | Internal Revenue Service | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 42 |  | Iredell County Clerk Ct | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 20 |  | CHEXSYSTEMS COLLECTION AGENCY | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 58 |  | North Carolina Department of Revenue | Z-Notice Only | 0.00 | 0.00 | 0.00 |
|  |  |  | **Totals** | **$148,567.49** | **$101,171.51** | **$3,258.87** |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Steven G. Tate as Trustee and releasing Steven G. Tate and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

Case No.  15-50768  Weir

Dated:  1/28/2021         Steven G. Tate, Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068 | general@ch13sta.com

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 1/28/2021.

J.   Safley
Office of the Chapter 13 Trustee

Zachary Tyler Weir, Jennifer Wagner Weir, 732 Langtree Road, Mooresville, NC 28117