| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Zachary Tyler Weir | Social Security number or ITIN xxx–xx–7360 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jennifer Wagner Weir | Social Security number or ITIN xxx–xx–5177 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Western District of North Carolina | | |
| Case number:   15–50768 | | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Steven G. Tate is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 13 case of the above named debtor is closed.

Dated: January 29, 2021
BY THE COURT


Laura T. Beyer

United States Bankruptcy Judge


Electronically filed and signed (1/29/21)